**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6076**

───────────

DONALD LOUIS BARBER,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge. (CR-96-21, CA-02-7)

───────────

Submitted:  March 5, 2003             Decided:  April 2, 2003

───────────

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Donald Louis Barber, Appellant Pro Se.  Thomas Richard Ascik,
OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina,
for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald Louis Barber appeals the district court's order denying his petition for a writ of audita querela. We have reviewed the record and find no reversible error. Although the district court addressed Barber's claims on the merits, we find that a writ of audita querela was not available because Barber could have raised his claims in a motion under 28 U.S.C. § 2255 (2000). See United States v. Torres, 282 F.3d 1241, 1245 (10th Cir. 2002). The fact that Barber was unable to obtain relief under § 2255 does not alter our conclusion. See United States v. Valdez-Pacheco, 237 F.3d 1077, 1080 (9th Cir. 2001) ("A prisoner may not circumvent valid congressional limitations on collateral attacks by asserting that those very limitations create a gap in the postconviction remedies that must be filled by the common law writs."); In re Jones, 226 F.3d 328, 333 (4th Cir. 2000). Accordingly, we affirm. We deny Barber's motion to stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2